# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**GARY** and **CHRISTIE DOMORACKI**,
    Plaintiffs,

v.                                                                               2:25-cv-170-SPC-NPM

**QBE SPECIALTY INSURANCE COMPANY**,
    Defendant.

---

## ORDER

In this Hurricane Ian case, the defendant filed notices of serving offers of judgment pursuant to Florida Statute § 768.79, and the plaintiffs move to strike them. But "motions to strike are only appropriately addressed toward matters contained in the pleadings." *Bowman v. Harvey*, No. 3:22-cv-545-MMH-MCR, 2024 WL 1299280, *1 n.3 (M.D. Fla. Mar. 27, 2024) (quoting *Polite v. Dougherty Cnty. Sch. Sys.*, 314 F. App'x 180, 184 n.7 (11th Cir. 2008)); *see also In re Fancher*, 802 F. App'x 538, 544 (11th Cir. 2020) ("motions to strike are more properly filed in reference to pleadings").

Plus, it would be premature to take up any motion concerning a potential § 768.79 sanction. *See Ange's Auto Repair & Serv., Inc v. Century Sur. Co.*, No. 2:21-CV-655-SPC-NPM, 2024 WL 922640, *3–4 (M.D. Fla. Feb. 13, 2024), *R&R adopted*, 2024 WL 916525 (Mar. 1, 2024) (§ 768.79 is not a fee-shifting statute; rather, a party may be sanctioned under § 768.79 for unreasonably rejecting

a settlement offer, and to arrive at an appropriate sanction, an opponent's fees, costs, and non-taxable expenses are among the various factors to be considered). Plaintiffs' motion (Doc. 36) is **DENIED**.

**ORDERED** on October 21, 2025

*(signature)*
NICHOLAS P. MIZELL
United States Magistrate Judge